1006

No. 85–398.  JONES ET AL. v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–457.  WESTBROOK v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 85–490.  JOSEPH ET AL. v. NEW ORLEANS ELECTRICAL PENSION AND RETIREMENT PLAN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–503.  SPARROW v. HAJIMAHOLIS ET AL.  Ct. App. D. C.  Certiorari denied.

No. 85–527.  FAITH CENTER, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 85–571.  SIMPLOT ET AL. v. STROBL.  C. A. 2d Cir.  Certiorari denied.

No. 85–572.  RINGSBY TRUCK LINES, INC., ET AL. v. TRUCKING EMPLOYERS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–579.  WARREN v. LOCAL 1759, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES.  C. A. 11th Cir.  Certiorari denied.

No. 85–585.  DISTRICT 2, UNITED MINE WORKERS OF AMERICA, ET AL. v. HELEN MINING CO.  C. A. 3d Cir.  Certiorari denied.

No. 85–589.  HALL ET AL. v. SIMCOX ET AL.  C. A. 7th Cir. Certiorari denied.

No. 85–590.  MAZZELLA v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 85–594.  ON-DECK, INC. v. ROSTAD ET AL.  Sup. Ct. Minn.  Certiorari denied.

No. 85–600.  SLOAN ET AL. v. HICKS, TRUSTEE IN BANKRUPTCY OF BECKNELL & CRACE COAL CO., INC., BANKRUPT. C. A. 6th Cir.  Certiorari denied.